IN THE UNITED DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 1:14-CR-256 |
| | : | |
| **NIBEDITA MOHANTY, M.D.** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO EXCLUDE EXPERT TESTIMONY

COMES NOW the Accused, Nibedita Mohanty, M.D., by counsel, moves this Court, pursuant to Federal Rules of Evidence 104(a), 702, and 703, for entry of an Order excluding the expert opinion testimony of (1) Dr. Michael A. Ashburn and (2) Dr. Stuart J. Finkelstein. In the alternative, the Movant requests a *Daubert* hearing regarding the admissibility of the testimony of Drs. Ashburn and Finkelstein. In support of this Motion, Dr. Mohanty submits the enclosed Memorandum In Support of Motion to Exclude Expert Testimony.

                                                                                                    Respectfully Submitted,
                                                                                                    NIBEDITA MOHANTY, M.D.
                                                                                                    By Counsel

GREENSPUN SHAPIRO PC

BY:_____/s/_____
    Peter D. Greenspun, VSB: 18052
    Jonathan Shapiro, VSB: 13953
    Muhammad Elsayed, VSB: 86151
    3955 Chain Bridge Road, 2nd Floor
    Fairfax, Virginia 22030
    (703) 352-0100
    (703) 591-7268 (facsimile)
    pdg@greenspunlaw.com
    js@greenspunlaw.com
    me@greenspunlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2015, the foregoing document was filed with the Court via CM/ECF, and a copy provided via electronic mail to the following:

        Gene Rossi, Esquire
        Assistant United States Attorney
        Jennifer Ballantyne, Esquire
        Special Assistant United States Attorney
        Nicole Grosnoff
        Special Assistant United States Attorney
        U.S. Attorney's Office
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        gene.rossi@usdoj.gov
        jennifer.ballantyne2@usdoj.gov
        nicole.grosnoff2@usdoj.gov

                                          _____/s/_____
                                          Peter D. Greenspun, Esquire (VSB 18052)
                                          Jonathan Shapiro, Esquire (VSB 13953)
                                          Muhammad Elsayed, Esquire (VSB 86151)